## STATEMENT OF FACTS

On October 7, 2014, the mother of a 13 year-old female ("complainant") responded to the child's school in Washington, D.C. and met with a school resource officer after discovering text messages of a sexual nature and naked images of the complainant on the complainant's cellular telephone.   The school resource officer, having looked at the images on the cell phone, notified Detective Timothy Palchak of the Metropolitan Police Department ("MPD") Youth Investigations Division.   Detective Palchak collected the phone and met with the complainant's mother that same day.

The complainant's mother explained that she noticed the text messages and naked images of the complainant and, based on the sexual content of the text messages, was concerned that the complainant was texting with an adult male.

After speaking briefly to the mother, Detective Palchak interviewed the complainant.   The complainant stated that in or about June 2014, on the last day of school, the complainant was walking with friends to the Anacostia bus station, when an adult male, later identified as Daniel Antonio Minor (DOB 09/08/1985) ("defendant") approached her and told her she was "cute." The complainant was wearing her school uniform at the time.   The defendant asked the complainant her age among other questions.   The defendant asked the complainant if she wanted to go with him, and, when the complainant said no, the defendant asked her for her phone number. The complainant, who did not have a cell phone, told the defendant that she would see him around.

The complainant did not see the defendant again until in or about August 2014 when the complainant was, again, walking with friends in the same area near the Anacostia bus station. The defendant and the complainant talked and flirted.   The defendant asked the complainant if she had a phone.   This time the complainant did have a phone and the two exchanged numbers.   The complainant put the defendant's phone number into her cell phone and labeled it "mr.idgaf."   The complainant stated that she made the name up – "Mr. I don't give a fuck" – because the complainant did not believe the defendant would ever call or text her.

The complainant stated that sometime in or about August or September 2014 – not immediately following the meeting – the defendant texted her and the two began a phone and text message dialogue.   The complainant stated that the phone conversations initially consisted of discussions of life, family and everyday issues.   Complainant stated that during these conversations she told the defendant that she was in the eighth grade.

During the course of their text message conversations the complainant sent the defendant two videos – one video of her topless and a second video of her coming out of the shower with only a towel covering her.   The complainant stated that she deleted these videos.   The defendant sent the complainant images of his erect penis, which the complainant also deleted.

During the course of their text message conversations, the complainant sent the defendant multiple images that focused on her breasts.   The defendant followed up by asking the

1

complainant to take and send images that show "more than her breasts" and to "take her pants off." In response to that request, the complainant took and sent the defendant at least three images depicting child pornography.  The three images were close-up photographs, focused entirely on her vagina, as the complainant spread her vagina with her fingers.

Upon review of the complainant's cell phone, law enforcement recovered the text message conversations and images, including the three images of child pornography, described by the complainant.

Specifically, on September 26, 2014, at approximately 8:15 a.m., the defendant began, "Tomorrow we fucking," and the complainant responded, "Yes, I can't wait 2 see how you fuck," to which the defendant replied, "I want to see how u fuck too . . . Tomorrow wear something that's easy to pull up and down.  No underwear and I need another video . . . I want you to act like a total slut for me ma.  I want you to be freaked out."  The complainant responded, "I got you daddy."

The next day, September 27, 2014, the sexual encounter seemingly having fallen through, the defendant wrote, "No fucking huh? . . . I really like u . . . I want to fuck you so bad girl."  The complainant responded, "I do too & u made me wet talkin to u."  The defendant wrote, "Oh yea. My dick hard right now looking at your pussy . . . I got all your pics sexy."

Over the course of the next few days, the defendant and the complainant continued their phone and text message conversations.  During those conversations they discussed the logistics of another meeting.  On October 1, 2014, the defendant requested that the complainant take and send him images writing, "Can I plz get another video some pics something sexy," and in the next text message wrote, "Damn that pussy looks great . . . I can't wait to eat that wet pink pussy . . . I can't wait to see what you do with this nutt."

On October 5, 2014, the defendant and the complainant continued to discuss meeting for the purpose of having sexual contact.  The defendant wrote, "I want you so bad.  Send me a pic of that ass . . . I want you to sit on my face."  The complainant wrote, ". . . u makin me horny," and the defendant responded, "U making me horny too.  I can't wait to fuck u . . . I want to cum all down that throat or up that ass."

On October 6, 2014, the complainant contacted defendant at approximately 7:25 a.m. and texted the defendant that she was at home alone and provided her address.  The complainant and the defendant agreed that he would come to her residence in Washington, D.C. at "9:30 or 10:30." Prior to arriving at the location in Washington, D.C., the defendant called the complainant.  The defendant arrived at the complainant's residence at approximately 11:00 a.m.  The complainant was on the front porch of her residence when the defendant arrived.  After arriving at the residence, the defendant, while on the porch, attempted to kiss the complainant.  The complainant rebuffed the defendant and the defendant responded, "I thought I came over here to do something." When the complainant asked the defendant what he wanted to do, the defendant responded, "I'll show you," and that he was not leaving until he "did something."  The complainant and the defendant went to the back of the residence.  Once at the back of the residence, the complainant,

2

who appeared nervous, explained that they could not go inside.

The defendant then pulled his pants down, put on a condom, and asked, "Be honest, do you want to do this or not." The complainant responded, "Not really, I want you to leave." The defendant replied, "I am not leaving. I came here for what I came here for." The complainant succumbed stating, "I am not going to do anything first." At that time, the defendant turned the complainant around, pulled down the complainant's shorts, and inserted his penis in her vagina from behind. The defendant also penetrated the complainant's mouth with his penis while the defendant was wearing a condom. During the sexual abuse, the defendant stated, "I like girls your age."

On October 6, 2014, at approximately 12:19 p.m., after leaving the residence, the defendant reached out to the complainant via text message, "Wyd [what you doing?] . . . U bout to fuck again. I want another nutt . . . At Congress Heights. I'm still horny." After some back and forth the defendant wrote, "Oh we ain't fucking no more? . . . U want to suck this dick for me again." The next day, October 7, 2014, the complainant's mother discovered the text messages and images.

The complainant identified the defendant from a confirmation photo. In addition law enforcement identified the defendant from the phone number he provided to the complainant using open source and law enforcement databases. That search resolved back to the defendant, Daniel Antonio Minor.

_____
DETECTIVE TIMOTHY PALCHAK
METROPOLITAN POLICE DEPARTMENT


Sworn and subscribed to before me this _____ day of October, 2014.


_____
United States Magistrate Judge

3