AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>DANIEL A. MINOR<br>DOB 09/08/1985<br>PDID: 675-901<br><br>*Defendant* | Case: 1:14-mj-00602<br>Assigned To : Magistrate Judge Deborah A. Robinson<br>Assign. Date : 10/08/2014<br>Description: Criminal Complaint and Arrest |

## ARREST WARRANT

FID# 9645370

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DANIEL A. MINOR,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Child Pornography in violation of 18 U.S.C. § 2251(a), 2422(b). See Attached Statement of Facts.

Date:   10/08/2014

*Issuing officer's signature*

City and state:   Washington, D.C.

DEBORAH A. ROBINSON, MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/14/14, and the person was arrested on *(date)* 10/14/14
at *(city and state)* Washington, DC.

Date:   10/14/14

*Arresting officer's signature*

Matt Ramsey
*Printed name and title*