UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | MAGISTRATE NO. 14-MJ-602 |
| | : | |
| DANIEL MINOR | : | |

## D I S M I S S A L

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith release and discharge of the above-named defendant on these charges.

                                          CHANNING D. PHILLIPS
                                          UNITED STATES ATTORNEY
                                          Bar No. 415-793

BY:     /s/_____
           ANDREA HERTZFELD
           ASSISTANT UNITED STATES ATTORNEY
           D.C. Bar No. 494-059
           Sex Offense and Domestic Violence Section
           555 4th Street, N.W., Room 10-112
           Washington, D.C. 20530
           (202) 252-7808
           Andrea.Hertzfeld@usdoj.gov

APPROVED AND GRANTED THIS
_____ DAY OF OCTOBER, 2015.


_____
UNITED STATES MAGISTRATE JUDGE